■■■■■■■ WILLIAM McCOSKRY, JOHN BIDDLE, JEAN LeBOTTE, WILLIAM REED (AN INFANT, BY SAMUEL REED, HIS NEXT FRIEND), SAMUEL REED, JEAN DOUMENS, BARNABÉ CAMPAU, ALEXANDER McARTHUR, FRANCIS VAN ANTWERP, CHARLES C. TROWBRIDGE, JOHN HOWARD, DAVID FRENCH, JULIUS ELDRED, AND ANTOINE OLIVIER BERTHELET (DEVISEE IN TRUST, ETC.) *versus* ADELAIDE BRUSH (EXECUTRIX, ETC., OF ELIJAH BRUSH, DECEASED), ED-

MUND A. BRUSH, CHARLES R. BRUSH, ALFRED BRUSH, AND SEMANTHA A. BRUSH (HEIRS AT LAW OF SAID ELIJAH BRUSH). ■■■■■

JOURNAL ENTRIES (1830–31): *Journal 4:* (1) Motion for appointment of guardian ad litem *p. 409; (2) guardian ad litem appointed *p. 414; (3) motion for leave to answer without oath *p. 418; (4) leave given to answer without oath *p. 433; (5) decree *p. 434; (6) decree signed *p. 450.

PAPERS IN FILE: (1) Bill of complaint; (2) security for costs; (3) writ of subpoena and return; (4) affidavit of William A. Fletcher, motion for appointment of guardian ad litem; (5) consent of Edmund A. Brush to act as guardian; (6) affidavit of Edmund A. Brush; motion for leave to answer, etc.; (7) answer of defendants; (8) draft of decree; (9) decree signed by two of the judges.
*Chancery Case 139 of 1830.*

■■■■■■ LOUIS ST. BERNARD *versus* THOMAS PALMER AND HORACE R. JEROME. ■■■■

JOURNAL ENTRIES (1830–34): *Journal 4:* (1) Rule to make return to certiorari *p. 410; (2) motion to extend rule to make return *p. 447; (3) rule to make return extended *p. 449; (4) motion for rule to join in error *p. 479; (5) rule to join in error *p. 482; (6) case argued, submitted *p. 517. *Journal 5:* (7) Judgment reversed *p. 38.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) bond in certiorari; (3) motion for rule to make return to certiorari; (4) motion to extend rule for return; (5) copy of order extending rule to make return; (6) return to certiorari; (7) assignment of errors; (8) motion for rule to join in error; (9) joinder in error.
*1824–36 Calendar, MS p. 211.*